RECEIVED
SEP 0 1 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
for the district of Minnesota

| | | |
|---|---|---|
| The Disciples Road, | ) | Case Number |
| | ( | 17cv4114 DSD/DTS |
| | ( | |
| v. | ) | Affidavit of Head |
| | ) | |
| Robert Hiivala, WRIGHT COUNTY AUDITOR | ( | Elder |
| Mark Dayton, Governor, STATE OF MINNESOTA | ) | |
| Joe Haggerty, WRIGHT COUNTY SHERIFF | ( | |
| defendant's | ) | |

Affidavit of Terry Halonen head elder of the Disciples Road.

The following statement are true and correct to the best of my ability.

1) Affiant is a man and head elder of the Disciples Road.

2) Controversies in this case are raised pursuant to defendant's usurpation of Claimants inherent rights and status- which are protected and guaranteed under biblical law as well as the Constitutions for both the united States and the state of Minnesota and as found within the Bill of Rights of both.

3) Affiant has challenged defendants to produce proof of territorial jurisdiction which they have not evidenced even when challenged.

Therefore I, Terry Halonen, a man, do hereby and herewith solemnly state:

4) That affiant is over the age of twenty one,

5) that Affiant is competent for stating the first-hand facts and knowledge herein and is willing and able to verify these facts in open court:

6) That affiant has no evidence that has been produced that the land in question has to be recorded with the Wright County Recorder, and

9) That affiant has an inherent, exclusive, and proprietary right to the land in question, and

10) That defendants have a multi-year pattern of unrelenting harassment of the ministry, and

SCANNED
SEP 0 1 2017
U.S. DISTRICT COURT MPLS

11) That Affiant has no record nor evidence that defendant's have any lawful or legal right to make any sort of claim to the land in question, and no evidence of such a duty exists,

12) That Affiant does formally demand any "original" contract or deed which is used to base the defendant's claim on be brought forward and to verify it in open court, and

13) That a court of law requires the "original" contract or deed be entered as evidence, and

14) that under the Erie doctrine -where there is no contract, there is no case,

15) that there is no statute of limitations on fraud, and

16) notwithstanding any and all assumed contracts signed, unsigned, constructed, implied, adhered, invisible, and the like defendant's are in breech of any and all such alleged contracts for failure of full disclosure and/or equitable consideration; and

17) That Affiant has no evidence that the phrase "no taxes due and transfer entered" means anything but that, and

19) That Affiant believes that there is much evidence that defendants have given up all claims to the land in question and no evidence to the contrary exists, and

20) There is a federal question in this case as the defendant's have attempted to force duties and obligations through statutory means while violating our inherent unalienable God given rights of the Disciples Road which are given to us by God as found in the Authorized 1611 King James Bible, the united States Constitution and it's bill of rights as well as the state of Minnesota's Constitution and it's bill of rights.  and it's members the real party in interest and;

<u>Affirmation:</u>

I, Terry Halonen, head elder of the Disciples Road do solemnly affirm that I have read the foregoing affidavit and do know for fact that said affidavits content is true, correct, complete and not misleading and to the best of my ability, the truth, the whole truth, and nothing but the truth and I am willing and able to verify this viva voce in open court on the record.

Further Affaint Saith Not.

*Terry Halonen*

Terry Halonen, a man

c/o 14263 85th street southwest, cokato Minnesota 55321

disciple67@tutanota.com   763-244-4903