RECEIVED
SEP 01 2017
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
for the district of Minnesota

| | | |
|---|---|---|
| The Disciples Road, | ) | Case Number |
| ~~Claimant~~ Moving Party | ( | 17-cv-4114 DSD/DTS |
| | ( | |
| v. | ) | Request For |
| | ) | Documents |
| Robert Hiivala, WRIGHT COUNTY AUDITOR | ( | |
| Mark Dayton, Governor, STATE OF MINNESOTA | ) | |
| Joe Haggerty, WRIGHT COUNTY SHERIFF | ( | |
| Defendant's | ( | |

The Disciples Road hereby requests any and all:

1) Documents associated with the alleged "Buy In" of May 10, 2010. This would include:

   A. all mailings,

   B. Any phone recordings,

   C. Any office memos,

   D. Any court transcripts or court records of any kind.

   E. Any meeting notes.

   F. Any and all office memos and correspondence with your legal counsel.

   G. Copy of any deeds or contracts that were allegedly produced.

2) All Documents associated with the alleged "Tax Judgment Sale" of July 14, 2011.

   A. all mailings,

   B. Any phone recordings,

   C. Any office memos,

   D. Any court transcripts or court records of any kind.

   E. Any meeting notes.

   F. Any and all office memos and correspondence with your legal counsel.

   G. Copy of any deeds or contracts that were allegedly produced.



SCANNED
SEP 01 2017
U.S. DISTRICT COURT MPLS

3) All documents associated with the alleged "Auditors Certificate of Forfeiture" of June 5, 2015. This would include:

   A. all mailings,

   B. Any phone recordings,

   C. Any office memos,

   D. Any court transcripts or court records of any kind.

   E. Any meeting notes.

   F. Any and all office memos and correspondence with your legal counsel.

   G. Copy of any deeds or contracts that were allegedly produced.

4) All documents associated with the incident where you made the decision to put a DNCP tag on your computer on March 21, 2016. This would include:

   A. all mailings,

   B. Any phone recordings,

   C. Any office memos,

   D. Any court transcripts or court records of any kind.

   E. Any meeting notes.

   F. Any and all office memos and correspondence with your legal counsel.

   G. Copy of any deeds or contracts that were allegedly produced.

   H. A copy of what law or judicial ruling you relied on to make such a determination.

Sincerely,

*Terry Halonen* (signature)

terry halonen, c/o 14263 85th street southwest cokato minnesota 55321

disciple67@tutanota.com